IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE: THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS TITHING LITIGATION<br><br>*This document relates to all actions.* | **[PROPOSED] ORDER GRANTING MOTION TO STAY DISCOVERY**<br><br>Case No. 2:24-md-03102-RJS-DAO<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Before the Court is the Motion of Defendants The Church of Jesus Christ of Latter-day Saints and Ensign Peak Advisors, Inc. ("Defendants") to Stay Discovery Pending Resolution of Motions to Dismiss. Having considered the motion and the briefing related thereto, the motion is GRANTED. Discovery is hereby stayed pending resolution of Defendants' forthcoming motions to dismiss.

DATED this \_\_\_\_\_ day of _____, 2024.

BY THE COURT:

_____
Daphne A. Oberg
United States Magistrate Judge