# EXHIBIT 1

**Tithing Class Action Articles**

| Date | Title | Author | Publication |
|---|---|---|---|
| 17 Aug 2018 | Mormon critics challenge church's tax-exempt status | Jennifer Sinco Kelleher | Associated Press/Salt Lake Tribune |
| 16 Dec 2019 | Whistleblower Alleges $100 Billion Secret Stockpile by Mormon Church | Paul Glader | Religion Unplugged |
| 16 Dec 2019 | Whistleblower claims that LDS Church stockpiled $100 billion in charitable donations, dodged taxes | Benjamin Wood | Salt Lake Tribune |
| 17 Dec 2019 | LDS Church responds to claims it's stockpiling billions of dollars | Spencer Burt Brian Champagne | East Idaho News |
| 17 Dec 2019 | What is known about the tithe whistleblower and the LDS Church's response | Lee Hale | KUER |
| 17 Dec 2019 | LDS Church pressed struggling members for tithes despite $100b stockpile, whistleblower says | Leonardo Blair | The Christian Post |
| 17 Dec 2019 | Whistleblower alleges the LDS Church is hiding wealth from the IRS, but is the evidence persuasive? | Jana Riess | Religion News Service/Salt Lake Tribune |
| 17 Dec 2019 | Mormon Church has misled members on $100 billion tax-exempt investment fund, whistleblower alleges | Jon Swaine Douglas MacMillan Michelle Boorstein | Washington Post |
| 17 Dec 2019 | Church responds to allegations made by former employee in IRS complaint | Tad Walch | Deseret News |
| 18 Dec 2019 | Whistleblower alleges church misused $100 billion in accounts intended for charitable purposes | Jerad Giottonini | ABC4 |
| 18 Dec 2019 | Will LDS Church suffer consequences after whistleblower claim on $100B? | Cristina Flores | KUTV |
| 18 Dec 2019 | Mormon Church allegedly lied to members about $100 billion investment fund | Carl Caminetti | Inside Hook |
| 18 Dec 2019 | The Church of Jesus Christ of Latter-Day Saints is sitting on $100 billion | Spencer Burt | Mercury News |

| Date | Title | Author | Publication |
|---|---|---|---|
| 18 Dec 2019 | Mormon Church misled members of tax-exempt investment fund, whistleblower claims | Caleb Parke | Fox News |
| 18 Dec 2019 | Mormon Church accused of stockpiling billions, avoiding taxes | Cheri Mossburg Stephanie Becker | CNN |
| 19 Dec 2019 | LDS Church says it spends majority of tithes, donations 'immediately', after IRS complaint on $100b stockpile | Leonardo Blair | The Christian Post |
| 19 Dec 2019 | LDS Church fund unlikely to face IRS backlash, experts say | Jack Jenkins | Salt Lake Tribune |
| 20 Dec 2019 | LDS Church releases explanation of its use of tithes, donations after $100B fund revealed | Larry Curtis | KUTV |
| 20 Dec 2019 | Whistleblower tells IRS Mormon Church has a $100 Billion tax-exempt fund for the Second Coming of Christ | Amy Lamare | Celebrity Net Worth |
| 20 Dec 2019 | More on the Mormon Ensigngate | Peter Reilly | Forbes |
| 20 Dec 2019 | The LDS Church's alleged $100 Billion surplus | Doug Fabrizio | Radio West |
| 22 Dec 2019 | Minnetonka man wrote expose about Mormon Church investment fund | Dan Browning | Star Tribune |
| 22 Dec 2019 | Excerpts show how the LDS Church tried to keep a lid on its $100B account, even freezing out apostle Boyd K. Packer | Nate Carlisle | Salt Lake Tribune |
| 16 Jan 2020 | These Mormon twins worked together on an IRS whistleblower over the church's billions – and it tore them apart | Michelle Boorstein Jon Swaine | Washington Post |
| 6 Feb 2020 | What's a church? That can depend on the eye of the beholder or papers filed with the IRS | Samuel Brunson | Salt Lake Tribune |
| 17 Feb 2020 | The secret $100 billion fund amassed by Mormon Church | 9News Staff | 9News |
| 21 Feb 2023 | Mormon Church, investment arm to pay $5 million to resolve SEC case | Rachel Lerman Douglas MacMillan | Washington Post |

| Date | Title | Author | Publication |
|---|---|---|---|
| 21 Feb 2023 | SEC fines LDS Church for hiding $32 Billion in assets: Timeline | Christie Porter | Salt Lake Magazine |
| 18 Mar 2021 | Latest from Mormon Land: The $100B question remains – Will the IRS go after the church? | David Noyce | Salt Lake Tribune |
| 23 Mar 2021 | Mormon Church Accused of Misusing Billions in Member Tithes | Martin Macias Jr. | Courthouse News Service |
| 23 Mar 2021 | Son of Utah philanthropist Jon Huntsman files lawsuit accusing Mormon Church of fraud for 'spending members tithes meant for charity on commercial purposes' including $1.5 billion on Salt Lake City mall | Holden Water-Warner | Daily Mail |
| 23 Mar 2021 | Brother of former Gov. Huntsman files lawsuit, accuses the Church of fraud | Addy Bink | ABC4 |
| 23 Mar 2021 | High-Profile former Mormon accuses Church of fraud, seeks millions in restitution | Jerry Lambe | Law and Crime |
| 23 Mar 2021 | James Huntsman files lawsuit seeking return of tithing; church calls fraud claims 'baseless' | Tad Walch | Deseret News |
| 23 Mar 2021 | In federal lawsuit, James Huntsman, of prominent Utah family, accuses Mormon Church of fraud | Michelle Boorstein | Washington Post |
| 24 Mar 2021 | Mormon Church Accused of Financial Fraud in Lawsuit | Ian Lovett | Wall Street Journal |
| 6 May 2021 | LDS Church asks judge to toss Huntsman's tithing lawsuit | Ben Winslow | Fox13 |
| 17 Aug 2021 | Read Whistleblower David Nielsen's new sworn statement on the LDS Church's handling of 'tithing' | Tony Semerad | Salt Lake Tribune |
| 18 Aug 2021 | James Huntsman Vs. The LDS Church – The case against the Latter-Day Saint's empire | Richard Markosian | Utah Stories |
| 24 Aug 2021 | LDS Church fires back at James Huntsman's 'unfounded' tithing lawsuit, stands by its story on funding of City Creek Center | Tony Semerad | Salt Lake Tribune |

| Date | Title | Author | Publication |
|---|---|---|---|
| 14 Sep 2021 | Judge tosses Huntsman lawsuit against the LDS Church | Ben Winslow | Fox13 |
| 15 Sep 2021 | Judge tosses out James Huntsman's tithing lawsuit against LDS Church, but an appeal looms | Paighten Harkins | Salt Lake Tribune |
| 15 Sep 2021 | Judge dismisses James Huntsman lawsuit against Mormon Church that alleges fraud, misuse of tithes | Michelle Boorstein | Washington Post |
| 19 May 2022 | LDS Church loses billions on stocks. See how much and how it did compared to the Dow | Tony Semerad | Salt Lake Tribune |
| 11 Oct 2022 | David Nielsen: 5 fast facts you need to know | No author listed | Heavy |
| 29 Oct 2022 | Mormon church invests billions of dollars while grossly overstating its charitable giving | Ben Schneiders, Tom Steinfort, Natalie Clancy | Sydney Morning Herald |
| 17 Nov 2022 | The Moral Obligation of Managing LDS Church money | No author listed | Radio West |
| 8 Feb 2023 | Whistleblower details new allegations about $100 Billion LDS Fund | Paul Glader | Religion Unplugged |
| 9 Feb 2023 | LDS Church $100 billion whistleblower asks U.S. Senate for 'oversight' | Nate Carlisle | Fox13Now |
| 9 Feb 2023 | Investigate the LDS Church for tax fraud, IRS whistleblower urges U.S. Senate | Peggy Fletcher Slack, Tony Semerad | Salt Lake Tribune |
| 10 Feb 2023 | Mormon Church faces SEC probe over past efforts to keep the size of its $100 billion investment a secret | Paul Farrell | Daily Mail |
| 10 Feb 2023 | SEC investigating $100 billion investment fund owned by Mormon church | Mark A. Kellner | Washington Times |
| 10 Feb 2023 | Mormon church's investment arm under investigation by SEC | Dave Michaels, Johnathan Weil | The Wall Street Journal |
| 10 Feb 2023 | SEC Reportedly probes Mormon Church over $100 Billion investment portfolio allegedly saved for 'Second Coming of Christ' | Brian Bushard | Forbes |

| Date | Title | Author | Publication |
|---|---|---|---|
| 10 Feb 2023 | SEC investigates past Latter-day Saint investment disclosures | Tad Walch | Deseret News |
| 11 Feb 2023 | Money questions mount for LDS Church as SEC investigates its investment fund | David Noyce | Salt Lake Tribune |
| 13 Feb 2023 | Crypto news: SEC and the investigation into the Mormon Church's secret investments | No author listed | The Cryptonomist |
| 14 Feb 2023 | These are the top 10 holdings of the Mormon Church's $44 billion stock portfolio | Matthew Fox | Business Insider |
| 21 Feb 2023 | Church of Jesus Christ of Latter-Day Saints to pay $5M in government penalties | Ashtyn Asay | TownLift – Part City News |
| 21 Feb 2023 | Church of Jesus Christ of Latter-Day Saints reaches $5M settlement with U.S. Government | Derick Fox | ABC4 |
| 21 Feb 2023 | Church of Jesus Christ of Latter-Day Saints hid investments for 22 years, SEC says | Russ Wiles | azcentral |
| 21 Feb 2023 | Feds fine Mormon church for illicitly hiding $32 billion investment funds behind shell companies | Rob Wile | NBC |
| 21 Feb 2023 | Church, Ensign Peak settle matter with SEC; have remained in compliance since 2019 | Sarah Jane Weaver | Church Newsroom |
| 21 Feb 2023 | Mormon church fined $5M for using shell companies to hide investments from the SEC | Sam Metz | Independent |
| 21 Feb 2023 | The Mormon church and its investment arm will pay $5 million to settle SEC charges that it went to 'great lengths' to avoid disclosures related to its massive portfolio | Morgan Chittum | Business Insider |
| 21 Feb 2023 | LDS Church, investment fund charged with disclosure failures, misstated filings | Jeff Tavss | Fox13 |
| 21 Feb 2023 | SEC charges Church in $5 mil settlement on deceitful | Danielle MacKimm | KUTV |

| Date | Title | Author | Publication |
|---|---|---|---|
| | reporting of investment portfolio | | |
| 21 Feb 2023 | Mormon church, investment manager pay $5 million to settle SEC claim | Bloomberg News | Investment News |
| 21 Feb 2023 | LDS Church to pay $5M for hiding stock holdings, needs to 'rebuild trust' | David Noyce Peggy Fletcher Stack | Salt Lake Tribune |
| 21 Feb 2023 | Church settles case with SEC over financial reporting | Tad Walch | Deseret News |
| 21 Feb 2023 | Mormon Church, Investment Co to Pay $5 Million for misleading public - SEC | Pete Schroeder | Reuters |
| 21 Feb 2023 | Mormon church, affiliated nonprofit to pay $5 million to settle SEC charges alleging disclosure failures | Chelsey Cox | CNBC |
| 21 Feb 2023 | Mormon church fined for Obscuring $32 Billion Investment Portfolio | Sam Metz | Associated Press |
| 21 Feb 2023 | The Mormon Church Hid $32 Billion in Assets, according to a New Government Investigation | Simmone Shah | Time |
| 21 Feb 2023 | The Mormon Church settles allegations it hid $32 billion in investments. A top exec said that church was worried its staggering wealth would cause members to stop donating | Chris Panella | Yahoo |
| 21 Feb 2023 | Mormon Church fined $5 million for obscuring size of investment portfolio | Sam Metz | PBS |
| 21 Feb 2023 | Mormon Church to pay tine to settle charges it hid an approximately $32 billion investment fund | Naathaniel Meyersohn | CNN |
| 21 Feb 2023 | The Mormon Church hid $32 billion in shell companies | Tim Fernholz | Quartz |
| 21 Feb 2023 | Feds fine Mormon church for illicitly hiding $32 billion investment fund behind shell companies | Rob Wile | NBC |
| 21 Feb 2023 | Mormon Church will pay millions in SEC settlement over investment portfolio allegedly | Brian Bushard | Forbes |

| Date | Title | Author | Publication |
|---|---|---|---|
|  | savings for 'Second Coming of Christ' |  |  |
| 22 Feb 2023 | Mormon Church slammed with $5 Million fine after being accused of hiding $32 Billion Investment Portfolio | Emily Rella | Entrepreneur |
| 22 Feb 2023 | The Church of Jesus Christ of Latter-day Saints to pay $5 million in SEC settlement | Megan Zaugg | Daily Universe |
| 22 Feb 2023 | Opinion: Making sense of the settlement between the church and the SEC over a technical violation | James Anderson John Faust | Deseret News |
| 22 Feb 2023 | Mormonism experts predict varied reactions after SEC settlement | Kim Bojorquez Erin Alberty | Axios |
| 23 Feb 2023 | Read for yourself what the SEC found in the LDS Church's stock filing | David Noyce | Salt Lake Tribune |
| 24 Feb 2023 | LDS Church must trust members with the truth about its money and give more to charity | Gordan Monson | Salt Lake Tribune |
| 24 Feb 2023 | How the SEC believes the LDS Church hid billions of dollars from public since 1997 | Elizabeth McKernan | KUTV |
| 24 Feb 2023 | Mormon Church to pay SEC millions following whistleblower allegations | Geoff Schweller | Whistleblower Network News |
| 25 Feb 2023 | LDS Church already has enough billions for a 'while lot of rainy days' | Peggy Fletcher Slack David Noyce | Salt Lake Tribune |
| 27 Feb 2023 | A Rainy Day Parable | Angela C | By Common Consent |
| 16 Mar 2023 | The real problem the LDS Church faces by hiding billions of dollars | Giles Florence | Salt Lake Tribune |
| 1 Apr 2023 | LDS Church's auditing report makes no mention of SEC fine, offers no dollar figures | David Noyce | Salt Lake Tribune |
| 11 May 2023 | IRS whistleblower to break his silence on LDS Church finances, will speak on '60 Minutes' | Scott D. Pierce David Noyce | Salt Lake Tribune |
| 12 May 2023 | Former Church portfolio manager speaks out about federal investigation | Kayla Winn | KJZZ |

| Date | Title | Author | Publication |
|---|---|---|---|
| 13 May 2023 | View a video preview of the '60 Minutes' segment examining LDS Church finances | David Noyce | Salt Lake Tribune |
| 14 May 2023 | '60 Minutes' interview to feature LDS Church 'whistleblower' after SEC settlement | Gephardt Daily Staff | Gephardt Daily |
| 14 May 2023 | 60 Minutes: Church of Jesus Christ of Latter-Day Saints whistleblower speaks of alleged misuse of tithing funds | Aubree Jennings | ABC4 |
| 14 May 2023 | Mormon who left Wall St. to work for charity blows whistle on what he says is his church's "clandestine hedge fund" | Sharyn Alfonsi | CBS |
| 14 May 2023 | Whistleblower David Nielsen speaks out after reporting the Mormon church to IRS in 2019 | Mabel Kabani | CBS |
| 14 May 2023 | Whistleblower: Mormon church investment fund stockpiled money, masqueraded as a charity | No author listed | CBS |
| 15 May 2023 | Who is David Nielsen? Whistleblower LDS Church finances scandal explored | Anushree Madappa | Sports Skeeda |
| 15 May 2023 | LDS Church says 'unfortunate' '60 minutes' episode was based on 'unfounded allegations' | Tony Semerad | Salt Lake Tribune |
| 15 May 2023 | Mormon church has $100bn 'clandestine hedge fund', says whistleblower | Gloria Oladipo | The Guardian |
| 16 May 2023 | Mormon whistleblower claims church used excess donations to fund businesses | Brian Schnee Kayla Winn | ABC4News |
| 16 May 2023 | Mormon-Owned Paper Slams '60 Minutes" episode: 'CBS Needs Eyeballs' | Gerrard Kaonga | Newsweek |
| 17 May 2023 | 6 things we now know – maybe – about the LDS Church's wealth | Jana Riess | Salt Lake Tribune |
| 18 May 2023 | LDS whistleblower David Nielsen gives first public interview on national TV | Paul Glader | The Presbyterian Outlook |
| 20 May 2023 | Pressure builds to investigate LDS church wealth | Tony Semerad | Salt Lake Tribune |

| Date | Title | Author | Publication |
|---|---|---|---|
| 29 Jun 2023 | In CBS's '60 Minutes' segment on church finances, it missed the sweeping rags-to-riches history of faith | Tad Walch | Deseret News |
| 17 Jul 2023 | LDS Church could be a $1 trillion denomination by 2044, report suggests | Leonardo Blair | The Christian Post |
| 7 Aug 2023 | Appeals court reinstates Huntsman's lawsuit against LDS Church | Ben Winslow | Fox13 |
| 7 Aug 2023 | Mormon Church must face fraud lawsuit over tithe spending | Ufonobong Umanah | Bloomberg Law |
| 7 Aug 2023 | In setback for LDS Church, appeals court reinstates James Huntsman's tithing lawsuit | Tony Semerad | Salt Lake Tribune |
| 8 Aug 2023 | Court reinstates James Huntsman's lawsuit for return of tithing he paid as a Latter-day Saints | Tad Walch | KSLTV/Deseret News |
| 13 Aug 2023 | Son of Mormon billionaire suing church for $5million over alleged fraud says follower are 'fleeing' faith after leaders 'lied' to them over how it spent secretive $175Billion investment fund | Miles Dilworth | Daily Mail |
| 8 Sep 2023 | Another LDS Church fund worth billions is drawing scrutiny | Tony Semerad | Salt Lake Tribune |
| 9 Sep 2023 | He was Mormon royalty. Now his lawsuit against the church is a rallying cry | Michelle Boorstein | Washington Post |
| 21 Sep 2023 | Huntsman and En Banc Review | Sam Brunson | By Common Consent |
| 21 Sep 2023 | LDS Church appeals, says James Huntsman's tithing lawsuit poses 'profound threat' to religious liberty | Tony Semerad | Salt Lake Tribune |
| 22 Sep 2023 | Church of Jesus Christ of Latter-Day Saints pushes back against reinstatement of tithing lawsuit | Ryan Farrick | Legal Reader |
| 22 Sep 2023 | Emphasizing religious liberty, church asks 9th circuit to review Huntsman lawsuit decision | Dennis Romboy | Deseret News |

| Date | Title | Author | Publication |
|---|---|---|---|
| 26 Sep 2023 | On-again, off-again case over how LDS church uses tithing funds reignites in appeals court | Scott Lewis | ABC4 |
| 5 Oct 2023 | Various faith groups support the Church of Jesus Christ of Latter-Day Saints in Huntsman tithing appeal | Tad Walch | Deseret News |
| 10 Oct 2023 | Coverage of LDS Church tithing lawsuit is missing some key details | William C. Duncan | Salt Lake Tribune |
| 11 Oct 2023 | Billionaire drags Latter-day Saints Church to Court for $5m Tithes | Kalu Idika | News Band |
| 18 Oct 2023 | Opinion: In James Huntsman lawsuit, you can't define tithing without religion | Daniel Frost Anna Bryner | Deseret News |
| 1 Nov 2023 | Mormon church is sued by three members seeking class action status, claiming hundreds of thousands in tithes were used to pad its $175 billion investment fund | Harriet Alexander | Daily Mail |
| 1 Nov 2023 | LDS Church sued again over how it uses tithing contributions from members | Mead Gruver | Associated Press/Salt Lake Tribune |
| 1 Nov 2023 | Mormon church sued again over misusing members' tithes | Muri Assuncao | Daily News |
| 1 Nov 2023 | LDS Church and its financial arm face second lawsuit over use of donated funds and tithes | Derick Fox | ABC4 |
| 1 Nov 2023 | Three men sue church over use of tithing funds, humanitarian donations | Dennis Romboy | Deseret News |
| 1 Nov 2023 | Mormon church sued again over how it uses tithing contributions from members | Mead Gruver | Associated Press |
| 2 Nov 2023 | Mormon Church accused of misusing billions in contributions | Hillel Aron | Missoula Current |
| 2 Nov 2023 | Mormon church sued for allegedly using donations to pad its $175B investment fund | Shannon Thaler | New York Post |
| 3 Nov 2023 | Three more men file tithing lawsuit against Church of Jesus Christ of Latter-Day Saints | Ryan Farrick | Legal Reader |

| Date | Title | Author | Publication |
|---|---|---|---|
| 6 Nov 2023 | LDS Church accused of allegedly "misusing" tithes in new lawsuit | Lexi Vassilaros | UVU Review |
| 8 Nov 2023 | Lawsuit raise questions over LDS tithing – Can churches invest funds members believe are for charity? | Samuel Brunson | Salt Lake Tribune |
| 11 Nov 2023 | Mormon Church sued for investigating tithing money instead of using it for charity | Carley Welch | The Messenger |
| 13 Nov 2023 | Jana Riess recalls when apostle M. Russell Ballard wrote to her about her LDS conversion | Jana Reiss | Salt Lake Tribune |
| 13 Nov 2023 | LDS apostle accused of leaking tithing records to target wealthy donors | Adam Herbets | Fox13 |
| 15 Nov 2023 | James Huntsman takes aim at LDS Church's legal moves against his tithing case | Tony Semerad | Salt Lake Tribune |
| 26 Nov 2023 | James Huntsman's tithing suit against the LDS Church could devastate nonprofit fundraising, charities warn | Tamarra Kemsley | Salt Lake Tribune |
| 28 Nov 2023 | Latter-Day Saints Lawsuits Raise Questions Over Mormon Tithing – Can Churches Just Invest Funds Members Believe Are For Charity? | Samuel Brunson | Patheos |
| 15 Dec 2023 | Mormon Church faces lawsuit over mishandling of charity funds | Alberto Arellano | Zenger |